**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 106 WAL 2018

Respondent

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v.

JESSE D. CALLENDER,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.